IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

RODRICK MILLER                                                                           PLAINTIFF

VS.                                                         CIVIL ACTION NO. 2:20-cv-135-KS-MTP

COMMISSIONER OF SOCIAL SECURITY

ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge Michael T. Parker entered herein on July 28, 2020, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being fully advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court. Plaintiff's Motion to Proceed *in forma pauperis* [2] is DENIED. Plaintiff is given sixty (60) days from the date of this Order to pay all the costs associated with the filing of this lawsuit. Should Plaintiff fail to timely pay all of the costs associated with the filing of this lawsuit, this matter will be Dismissed Without Prejudice and without further notice.

SO ORDERED, this the __12th___ day of August, 2020.

___s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE